# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Christel, David W. | Western District of Washington | 07/01/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge | ☐ Nomination ☐ Date  ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

1717 Pacific Avenue
Tacoma, WA 98402

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Manager/Member | Double Cut Management, LLC |
| 2. | Manager/Member | Kick Point, LLC |
| 3. | Manager/Member | Pelican Bay Management, LLC |
| 4. | Manager/Member | Silver Lake RV Park, LLC |
| 5. | Manager/Member | Topspin Properties, LLC |
| 6. | Member | Black Silver, LLC |
| 7. | Member | MAJ Airport, LLC |
| 8. | Attorney in Fact | POA #1 |
| 9. | Manager/Member | Inward9 Properties, LLC |
| 10. | Manager/Member | Double Green Properties, LLC |
| 11. | Member | MAJ Fife, LLC |
| 12. | Manager/Member | Pin High NW, LLC |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Christel, David W.** | 07/01/2020 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔  NONE *(No reportable agreements.)*

|  | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/01/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Christel, David W.** | 07/01/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Umpqua Bank | Financing on commercial property, Sunnybrook, OR | P2 |
| 2. | First Republic Bank | Financing on MAJ Airport, LLC, Portland, OR | P1 |
| 3. | Morgan Stanley | Fixed Rate Loan | None |
| 4. | Washington State Employee's Credit Union | Financing on commercial property, Vancouver, WA (Black Silver, LLC) | None |
| 5. | First Republic Bank | Financing on commercial property, Stockton, CA (Topspin, Properties, LLC) | P1 |
| 6. | Washington Federal Bank | Financing on commercial property, Vancouver, WA (Topspin Properties, LLC) | None |
| 7. | First Republic Bank | Financing on commercial property, Vancouver, WA (Pin High NW, LLC) | P2 |
| 8. | First Republic Bank | Financing on commercial property, Puyallup, WA (Inward9 Properties, LLC) | P1 |
| 9. | First Republic Bank | Financing on commercial property, Fife, WA (MAJ Fife, LLC) | P1 |

| Name of Person Reporting | Date of Report |
|---|---|
| **Christel, David W.** | 07/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (*No reportable income, assets, or transactions.*)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2.   Chase (cash) | A | Interest | N | T | | | | | |
| 3.   Columbia Community Credit Union (cash) | A | Interest | J | T | | | | | |
| 4.   IQ Credit Union (cash) | A | Interest | K | T | | | | | |
| 5.   BROKERAGE #1 (H) | | | | | | | | | |
| 6.   Morgan Stanley Bank Account (cash) | A | Int./Div. | K | T | | | | | |
| 7.   Alaska Air Group Incorporated (ALK) | | None | | | Sold | 02/21/19 | J | | |
| 8.   Abbott Laboratories (ABT) | A | Dividend | K | T | Buy | 02/28/19 | J | | |
| 9. | | | | | Buy<br>(add'l) | 06/12/19 | J | | |
| 10. | | | | | Buy<br>(add'l) | 08/30/19 | J | | |
| 11. | | | | | Buy<br>(add'l) | 09/12/19 | J | | |
| 12.   Alexion Pharm (ALXN) | | None | | | Buy<br>(add'l) | 06/12/19 | J | | |
| 13. | | | | | Sold | 10/07/19 | J | | |
| 14.   Adobe Inc (ADBE) | | None | J | T | Buy | 11/13/19 | J | | |
| 15. | | | | | Buy<br>(add'l) | 12/18/19 | J | | |
| 16.   Alphabet Inc Cl A (GOOGL) | | None | K | T | | | | | |
| 17.   Amazon Com (AMZN) | | None | K | T | Buy<br>(add'l) | 02/05/19 | J | | |

1 Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3 Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| **Christel, David W.** | 07/01/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Express Co (AXP) | A | Dividend | K | T | Buy | 01/07/19 | J | | |
| 19. | | | | | Buy (add'l) | 03/28/19 | J | | |
| 20. | | | | | Buy (add'l) | 05/24/19 | J | | |
| 21. Apple (AAPL) | A | Dividend | K | T | Buy (add'l) | 02/05/19 | J | | |
| 22. | | | | | Buy (add'l) | 03/14/19 | J | | |
| 23. | | | | | Buy (add'l) | 05/21/19 | J | | |
| 24. | | | | | Buy (add'l) | 09/12/19 | J | | |
| 25. AT&T Inc (AAPL) | A | Dividend | K | T | Buy | 05/21/19 | J | | |
| 26. | | | | | Buy (add'l) | 05/24/19 | J | | |
| 27. | | | | | Buy (add'l) | 06/06/19 | J | | |
| 28. | | | | | Buy (add'l) | 06/12/19 | J | | |
| 29. Berkshire Hathaway Cl-B New (BRK'B) | | None | | | Sold | 08/01/19 | K | | |
| 30. Blackrock (BLK) | A | Dividend | K | T | Buy (add'l) | 04/23/19 | J | | |
| 31. Boeing (BA) | A | Dividend | J | T | Buy (add'l) | 01/15/19 | J | | |
| 32. | | | | | Sold (part) | 05/14/19 | J | A | |
| 33. | | | | | Sold (part) | 08/08/19 | J | A | |
| 34. Caterpillar Inc (CAT) | A | Dividend | J | T | Buy | 02/21/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Christel, David W.** | 07/01/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 04/04/19 | J | | |
| 36.   Centene Corporation (CNC) | | None | | | Sold<br>(part) | 02/28/19 | J | A | |
| 37. | | | | | Sold | 09/12/19 | J | | |
| 38.   Chevron (CVX) | A | Dividend | K | T | | | | | |
| 39.   Chubb (CB) | A | Dividend | K | T | Sold<br>(part) | 04/23/19 | J | C | |
| 40.   Cisco Sys Inc (CSCO) | A | Dividend | J | T | Buy<br>(add'l) | 01/15/19 | J | | |
| 41. | | | | | Buy<br>(add'l) | 01/29/19 | J | | |
| 42. | | | | | Sold<br>(part) | 02/13/19 | J | A | |
| 43.   Comcast Corp (New) Class A (CMCSA) | A | Dividend | K | T | Buy | 08/30/19 | J | | |
| 44. | | | | | Buy<br>(add'l) | 09/11/19 | J | | |
| 45. | | | | | Buy<br>(add'l) | 09/12/19 | J | | |
| 46. | | | | | Buy<br>(add'l) | 09/25/19 | J | | |
| 47.   ConocoPhilips (COP) | A | Dividend | | | Buy<br>(add'l) | 02/28/19 | J | | |
| 48. | | | | | Sold | 06/12/19 | J | | |
| 49.   Constellation Brands Inc Cl A (STZ) | A | Dividend | | | Buy<br>(add'l) | 02/05/19 | J | | |
| 50. | | | | | Sold | 10/07/19 | K | | |
| 51.   Deere & Co (DE) | A | Dividend | K | T | Buy | 02/21/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Christel, David W.** | 07/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 04/04/19 | J | | |
| 53. | | | | | Buy (add'l) | 10/09/19 | J | | |
| 54. | | | | | Buy (add'l) | 12/18/19 | J | | |
| 55. Discover Financial Services (DFS) | | None | | | Sold | 01/07/19 | K | | |
| 56. Eaton Corp (ETN) | | None | | | Sold | 01/07/19 | K | | |
| 57. Edward Lifesciences (EW) | | None | K | T | Sold (part) | 01/21/19 | J | B | |
| 58. Estee Lauder Co Inc Cl A (EL) | A | Dividend | K | T | Buy (add'l) | 01/29/19 | J | | |
| 59. | | | | | Sold (part) | 08/19/19 | J | C | |
| 60. Facebook Inc Cl-A (FB) | | None | K | T | Sold (part) | 09/25/19 | J | C | |
| 61. Goldman Sachs (GS) | A | Dividend | | | Sold (part) | 01/31/19 | J | A | |
| 62. | | | | | Sold | 05/24/19 | J | B | |
| 63. Honeywell International (HON) | A | Dividend | K | T | | | | | |
| 64. Int Business Machines Corp (IBM) | A | Dividend | J | T | Buy | 08/01/19 | J | | |
| 65. | | | | | Buy (add'l) | 09/11/19 | J | | |
| 66. Health Care Sel Sect SPDR Fd (XLV) | A | Dividend | K | T | Buy | 10/07/19 | J | | |
| 67. Invesco QQQ TR (QQQ) | A | Dividend | K | T | | | | | |
| 68. Ivestco S&P 500 Low Volatility (SPLV) | A | Dividend | K | T | Buy | 05/24/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Christel, David W.** | 07/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Invesco S&P 500 Equal Weight E (RAP) | A | Dividend | | | Buy | 02/15/19 | K | | |
| 70. | | | | | Sold | 05/24/19 | K | | |
| 71. JPMorgan Chase (JPM) | A | Dividend | K | T | Sold (part) | 03/28/19 | J | B | |
| 72. Invesco Prem US Govt Mny Inst (IUGXX) | A | Dividend | K | T | Buy | 03/15/19 | K | | |
| 73. | | | | | Sold (part) | 03/28/19 | J | | |
| 74. | | | | | Sold (part) | 06/06/19 | J | | |
| 75. Marathon Petroleum Corp (MPC) | | None | | | Sold | 02/28/19 | J | A | |
| 76. Microsoft (MSFT) | A | Dividend | K | T | Sold (part) | 02/05/19 | J | | |
| 77. Nextera Energy (NEE) | A | Dividend | K | T | | | | | |
| 78. Nike Inc B (NKE) | A | Dividend | K | T | | | | | |
| 79. Palo Alto Networks (PANW) | | None | K | T | Buy (add'l) | 01/15/19 | J | | |
| 80. | | | | | Sold (part) | 09/04/19 | J | A | |
| 81. Pepsico (PEP) | A | Dividend | K | T | Buy (add'l) | 03/28/19 | J | | |
| 82. | | | | | Buy (add'l) | 10/07/19 | J | | |
| 83. Pfizer Inc (PFE) | A | Dividend | | | Sold | 07/30/19 | K | B | |
| 84. Proctor & Gamble (PG) | A | Dividend | J | T | Buy | 03/28/19 | J | | |
| 85. | | | | | Buy (add'l) | 10/07/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Christel, David W.** | 07/01/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  Raytheon (RTN) | A | Dividend | K | T | Sold (part) | 01/15/19 | J | B | |
| 87. | | | | | Buy (add'l) | 01/29/19 | J | | |
| 88. | | | | | Buy (add'l) | 02/28/19 | J | | |
| 89.  Ross Stores (ROST) | A | Dividend | K | T | | | | | |
| 90.  Royal Dutch Shell PLC (RDS'A) | A | Dividend | | | Sold | 09/27/19 | K | | |
| 91.  Salesforce.com Inc. (CRM) | | None | J | T | Buy | 01/15/19 | J | | |
| 92. | | | | | Buy (add'l) | 02/13/19 | J | | |
| 93.  Thermo Fisher Scientific (TMO) | A | Dividend | K | T | Sold (part) | 10/09/19 | J | B | |
| 94.  Uber Technologies Inc (UBER) | | None | J | T | Buy | 11/21/19 | J | | |
| 95.  United Health GP (UNH) | A | Dividend | K | T | Buy (add'l) | 02/05/19 | J | | |
| 96. | | | | | Sold (part) | 02/28/19 | J | B | |
| 97. | | | | | Buy (add'l) | 09/12/19 | J | | |
| 98.  Valero Energy CP Dela New (VLO) | A | Dividend | K | T | Buy | 09/27/19 | K | | |
| 99.  Vanguard Value ETF Index (VTV) | A | Dividend | | | Sold (part) | 02/15/19 | K | | |
| 100. | | | | | Sold | 08/30/19 | K | A | |
| 101.  Visa Inc Cl A (V) | A | Dividend | K | T | Sold (part) | 01/29/19 | J | C | |
| 102.  Voya Finl (VOYA) | A | Dividend | K | T | Sold (part) | 08/08/19 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Christel, David W.** | 07/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Walmart Inc (WMT) | | None | K | T | Buy | 08/30/19 | J | | |
| 104. | | | | | Buy (add'l) | 09/12/19 | J | | |
| 105. | | | | | Buy (add'l) | 10/07/19 | J | | |
| 106.  Walt Disney Co Holding (DIS) | A | Dividend | K | T | | | | | |
| 107.  Worldpay Inc Cl A (WP) | | None | | | Sold (part) | 03/18/19 | J | C | |
| 108. | | | | | Sold | 03/19/19 | J | C | |
| 109.  IRA #1 (H) | | | | | | | | | |
| 110.  Morgan Stanley Bank Account (cash) | A | Interest | K | T | | | | | |
| 111.  Invesco QQQ TR (QQQ) | A | Dividend | L | T | Sold (part) | 10/07/19 | J | A | |
| 112.  Ishares Edge MSCI US Qlty FAC (QUAL) | A | Dividend | K | T | Buy | 08/30/19 | K | | |
| 113.  SPDR S&P 500 ETF Trust (SPY) | C | Dividend | M | T | Sold (part) | 01/28/19 | K | | |
| 114. | | | | | Sold (part) | 05/24/19 | J | B | |
| 115.  Vanguard Dividend Appreciation (SPY) | A | Dividend | K | T | Buy | 08/30/19 | K | | |
| 116.  Vanguard FTSE Developed Mkts E (VEA) | | None | | | Sold | 02/12/19 | K | A | |
| 117.  Vanguard Value ETF Index (VTV) | A | Dividend | | | Sold (part) | 04/11/19 | J | A | |
| 118. | | | | | Sold | 08/30/19 | K | A | |
| 119.  Proshares Large Cap Core Plus (CSM) | B | Dividend | M | T | Sold (part) | 08/08/19 | K | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Christel, David W.** | 07/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  Blackrock HI Yield BD PTF Inst (BHYIX) | A | Dividend | | | Buy | 01/18/19 | J | | |
| 121. | | | | | Sold | 03/06/19 | K | A | |
| 122.  AQR LG Cap Defnsve Style Inst (AUEIX) | B | Dividend | M | T | Buy | 05/20/19 | L | | |
| 123. | | | | | Buy<br>(add'l) | 08/08/19 | J | | |
| 124.  Calamos Market Neutral Inc I (CMNIX) | A | Dividend | L | T | Sold<br>(part) | 03/06/19 | J | | |
| 125.  Calvert Emerging Markets Eq I (CVMIX) | | None | | | Buy<br>(add'l) | 04/11/19 | J | | |
| 126. | | | | | Sold<br>(part) | 05/20/19 | K | A | |
| 127. | | | | | Sold | 08/30/19 | J | | |
| 128.  Doubleline Shiller Enh Cape I (DSEEX) | D | Dividend | M | T | Sold<br>(part) | 10/07/19 | J | A | |
| 129.  Fidelity Adv Total Bond I (FEPIX) | B | Dividend | L | T | Buy<br>(add'l) | 02/20/19 | J | | |
| 130. | | | | | Buy<br>(add'l) | 03/06/19 | J | | |
| 131. | | | | | Buy<br>(add'l) | 07/24/19 | K | | |
| 132. | | | | | Sold<br>(part) | 11/11/19 | J | A | |
| 133.  Goldman Sachs US Eq Insight I (GSELX) | | None | | | Sold | 05/20/19 | L | A | |
| 134.  Pimco Income P (PONPX) | C | Dividend | L | T | Buy<br>(add'l) | 06/04/19 | J | | |
| 135.  Pimco Short Term I-2 (PTSPX) | B | Dividend | K | T | Buy<br>(add'l) | 03/06/19 | J | | |
| 136. | | | | | Sold<br>(part) | 03/29/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Christel, David W.** | 07/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Sold<br>(part) | 07/24/19 | K | | |
| 138.  Pimco Low Duration Inc 12 (PFTPX) | B | Dividend | L | T | Buy | 03/29/19 | K | | |
| 139. | | | | | Buy<br>(add'l) | 06/11/19 | J | | |
| 140.  PGIM Short Term Corp Bd Z (PIFZX) | B | Dividend | L | T | | | | | |
| 141.  T Rowe Price Mid Cap Gr (RPGMX) | C | Dividend | L | T | Buy<br>(add'l) | 02/20/19 | J | | |
| 142.  IRA #2 (H) | | | | | | | | | |
| 143.  Morgan Stanley Bank Account (cash) | A | Dividend | J | T | | | | | |
| 144.  Invesco QQQ TR (QQQ) | A | Dividend | K | T | | | | | |
| 145.  Ishares Edge MSCI US Qlty FAC (QUAL) | A | Dividend | J | T | Buy | 08/30/19 | J | | |
| 146.  Proshares Large Cap Core Plus (CSM) | A | Dividend | K | T | Sold<br>(part) | 08/08/19 | J | B | |
| 147.  SPDR S&P 500 ETF Trust (SPY) | B | Dividend | K | T | Sold<br>(part) | 01/28/19 | J | B | |
| 148. | | | | | Sold<br>(part) | 05/24/19 | J | A | |
| 149.  Vanguard Dividend Appreciation (VIG) | A | Dividend | J | T | Buy | 08/30/19 | J | | |
| 150.  Vanguard FTSE Developed Mkts E (VEA) | | None | | | Sold | 02/12/19 | J | A | |
| 151.  Vanguard Value ETF Index (VTV) | A | Dividend | | | Sold<br>(part) | 04/11/19 | K | A | |
| 152. | | | | | Sold | 08/30/19 | J | A | |
| 153.  AQR LG Cap Defnsve Style Inst (AUEIX) | A | Dividend | K | T | Buy | 05/20/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Christel, David W.** | 07/01/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | Buy (add'l) | 08/08/19 | J | | |
| 155. | Blackrock HI Yield BD PTF Inst (BHYIX) | A | Dividend | | | Buy | 01/18/19 | J | | |
| 156. | | | | | | Sold | 03/06/19 | J | A | |
| 157. | Calamos Market Neutral Inc I (CMNIX) | A | Dividend | J | T | Sold (part) | 03/06/19 | J | | |
| 158. | Calvert Emerging Markets Eq I (CVMIX) | | None | | | Buy (add'l) | 04/11/19 | K | | |
| 159. | | | | | | Sold (part) | 05/20/19 | J | A | |
| 160. | | | | | | Sold | 08/30/19 | J | | |
| 161. | Doubleline Shiller Enh Cape I (DSEEX) | B | Dividend | K | T | Sold (part) | 03/06/19 | J | | |
| 162. | Fidelity Adv Total Bond I (FEPIX) | A | Dividend | K | T | Buy (add'l) | 02/22/19 | J | | |
| 163. | | | | | | Buy (add'l) | 03/06/19 | J | | |
| 164. | | | | | | Buy (add'l) | 07/24/19 | J | | |
| 165. | Goldman Sachs US Eq Insight I (GSELX) | | None | | | Sold | 05/20/19 | J | | |
| 166. | Pimco Income P (PONPX) | B | Dividend | K | T | Buy (add'l) | 06/06/19 | J | | |
| 167. | Pimco Low Duration Inc 12 (PFTPX) | A | Dividend | J | T | Buy | 03/29/19 | J | | |
| 168. | | | | | | Buy (add'l) | 06/11/19 | J | | |
| 169. | Pimco Short Term I-2 (PTSPX) | A | Dividend | J | T | Buy (add'l) | 03/06/19 | J | | |
| 170. | | | | | | Sold (part) | 03/29/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Christel, David W.** | 07/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Sold<br>(part) | 07/24/19 | J | | |
| 172.  PGIM Short Term Corp Bd Z (PIFZX) | A | Dividend | K | T | Buy<br>(add'l) | 02/22/19 | J | | |
| 173.  T Rowe Price Mid Cap Gr (RPMGX) | A | Dividend | J | T | Buy<br>(add'l) | 02/12/19 | J | | |
| 174. | | | | | Buy<br>(add'l) | 02/22/19 | J | | |
| 175.  IRA #3 (H) | | | | | | | | | |
| 176.  Invesco QQQ TR (QQQ) | A | Dividend | J | T | | | | | |
| 177.  Ishares Edge MSCI US Qlty Fac (QUAL) | A | Dividend | J | T | Buy | 08/30/19 | J | | |
| 178.  Proshares Large Cap Core Plus (CSM) | A | Dividend | J | T | Sold<br>(part) | 08/08/19 | J | | |
| 179.  SPDR S&P 500 ETF Trust (SPY) | A | Dividend | J | T | Sold<br>(part) | 01/28/19 | J | | |
| 180.  Vanguard FTSE Developed Mkts E (VEA) | | None | | | Sold | 02/12/19 | J | | |
| 181.  Vanguard Dividend Appreciation (VIG) | A | Dividend | J | T | Buy | 08/30/19 | J | | |
| 182.  Vanguard Value ETF Index (VTV) | A | Dividend | | | Sold<br>(part) | 04/11/19 | J | | |
| 183. | | | | | Sold | 08/30/19 | J | | |
| 184.  AQR Lg Cap Defnsve Style Inst (AUEIX) | A | Dividend | J | T | Buy | 05/20/19 | J | | |
| 185. | | | | | Buy<br>(add'l) | 08/08/19 | J | | |
| 186.  Calamos Market Neutral Inc I (CMNIX) | A | Dividend | J | T | | | | | |
| 187.  Calvert Emerging Markets EQ I Confirm<br>NBR (CVMIX) | | None | | | Buy | 04/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Christel, David W.** | 07/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 05/20/19 | J | | |
| 189. | | | | | Sold | 08/30/19 | J | | |
| 190. Blackrock Hi Yield BD PTF Inst Confirm NBR (BHYIX) | A | Dividend | | | Buy | 01/18/19 | J | | |
| 191. | | | | | Sold | 03/06/19 | J | | |
| 192. Doubleline Shiller Enh Cape I (DSEEX) | A | Dividend | J | T | | | | | |
| 193. Fidelity Adv Total Bond I (FEPIX) | A | Dividend | J | T | Buy (add'l) | 07/24/19 | J | | |
| 194. | | | | | Sold (part) | 09/11/19 | J | | |
| 195. Goldman Sachs US Eq Insight I (GSELX) | | None | | | Sold | 05/20/19 | J | | |
| 196. PGIM Short Term Corp Bd Z (PIFZX) | A | Dividend | J | T | | | | | |
| 197. Pimco Income P (PONPX) | A | Dividend | J | T | | | | | |
| 198. Pimco Low Duration Inc 12 (PFTPX) | A | Dividend | J | T | Buy | 01/29/19 | J | | |
| 199. | | | | | Buy (add'l) | 06/11/19 | J | | |
| 200. Pimco Short Term I-2 (PTSPX) | A | Dividend | J | T | Buy (add'l) | 03/06/19 | J | | |
| 201. | | | | | Sold (part) | 03/29/19 | J | | |
| 202. | | | | | Sold (part) | 07/24/19 | J | | |
| 203. T Rowe Price Mid Cap Gr (RPMGX) | A | Dividend | J | T | Buy (add'l) | 02/12/19 | J | | |
| 204. BROKERAGE #4 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Christel, David W.** | 07/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemp'tion) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Morgan Stanley Bank Account (cash) | A | Interest | J | T | | | | | |
| 206. Invesco QQQ TR (QQQ) | A | Dividend | K | T | Sold (part) | 05/24/19 | J | A | |
| 207. Ishares Edge MSCI US Qlty FAC (QUAL) | A | Dividend | J | T | Buy | 08/30/19 | J | | |
| 208. Proshares Large Cap Core Plus (CSM) | A | Dividend | K | T | Sold (part) | 08/08/19 | J | | |
| 209. SPDR S&P 500 ETF Trust (SPY) | B | Dividend | L | T | Sold (part) | 01/28/19 | J | C | |
| 210. | | | | | Sold (part) | 05/24/19 | J | A | |
| 211. Vanguard Dividend Appreciation (VIG) | A | Dividend | J | T | Buy | 08/30/19 | J | | |
| 212. Vanguard FTSE Developed Mkts E (VEA) | | None | | | Sold | 02/12/19 | J | A | |
| 213. Vanguard Values ETF Index (VTV) | A | Dividend | | | Sold (part) | 04/11/19 | J | A | |
| 214. | | | | | Sold | 08/30/19 | J | A | |
| 215. Blackrock HI Yield BD PTF Inst (BHYIX) | A | Dividend | | | Buy | 01/18/19 | J | | |
| 216. | | | | | Sold | 03/06/19 | J | A | |
| 217. AQR LG Cap Defnsve Style Inst (AUEIX) | A | Dividend | K | T | Buy | 05/20/19 | K | | |
| 218. | | | | | Sold (part) | 08/08/19 | J | | |
| 219. Calamos Market Neutral Inc I (CMNIX) | A | Dividend | K | T | Sold (part) | 03/06/19 | J | | |
| 220. Calvert Emerging Markets Eq I (CVMIX) | | None | J | T | Buy (add'l) | 04/11/19 | J | | |
| 221. | | | | | Sold (part) | 05/20/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Christel, David W.** | 07/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | Sold<br>(part) | 08/30/19 | J | | |
| 223.  Doubleline Shiller Enh Cape I (DSEEX) | B | Dividend | K | T | Sold<br>(part) | 03/06/19 | J | | |
| 224. | | | | | Sold<br>(part) | 10/07/19 | J | A | |
| 225.  Fidelity Adv Total Bond I (FEPIX) | A | Dividend | K | T | Buy<br>(add'l) | 02/20/19 | J | | |
| 226. | | | | | Buy<br>(add'l) | 03/06/19 | J | | |
| 227. | | | | | Buy<br>(add'l) | 07/24/19 | J | | |
| 228. | | | | | Buy<br>(add'l) | 07/24/19 | J | | |
| 229.  Goldman Sachs US Eq Insight I (GSELX) | | None | | | Sold | 05/20/19 | K | | |
| 230.  Pimco Income P (PONPX) | B | Dividend | K | T | | | | | |
| 231.  Pimco Low Duration Inc 12 (PFTPX) | A | Dividend | K | T | Buy | 03/29/19 | J | | |
| 232. | | | | | Buy<br>(add'l) | 06/11/19 | J | | |
| 233.  Pimco Short Term I-2 (PTSPX) | A | Dividend | J | T | Buy<br>(add'l) | 03/06/19 | J | | |
| 234. | | | | | Sold<br>(part) | 03/29/19 | J | | |
| 235. | | | | | Sold<br>(part) | 07/24/19 | J | | |
| 236.  PGIM Short Term Corp Bd Z (PIFZX) | A | Dividend | K | T | Buy<br>(add'l) | 02/20/19 | J | | |
| 237.  T Rowe Price Mid Cap Gr (RPMGX) | A | Dividend | K | T | Buy<br>(add'l) | 02/12/19 | J | | |
| 238. | | | | | Buy<br>(add'l) | 02/20/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Christel, David W.** | 07/01/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. BROKERAGE #5 (H) | | | | | | | | | |
| 240. Morgan Stanley Bank Account (cash) | A | Interest | N | T | | | | | |
| 241. Blackstone Group (BX) | A | Dividend | J | T | | | | | |
| 242. Energy Transfer Partners LP (ETP) | | None | J | T | | | | | |
| 243. Enterprise Prod Partners LP (EPD) | | None | J | T | | | | | |
| 244. Energy Sel Sect SPDR Fd (XLE) | A | Dividend | K | T | | | | | |
| 245. MS 8.15% CNTG COUPON NOTE LINKED TO S&p 500 RATE | B | Interest | K | T | | | | | |
| 246. United States Treasury Bill Bond (912796RG6) | | None | | | Buy (add'l) | 01/15/19 | M | | |
| 247. | | | | | Buy (add'l) | 05/23/19 | M | | |
| 248. | | | | | Redeemed (part) | 04/11/19 | M | | |
| 249. | | | | | Redeemed | 07/16/19 | M | | |
| 250. Invesco Prem US Govt Mny Inst (IUGXX) | A | Dividend | L | U | Buy | 03/05/19 | L | | |
| 251. | | | | | Sold (part) | 03/19/19 | J | | |
| 252. Templeton Global Total Ret C (TTRCX) | A | Dividend | J | T | Sold (part) | 11/27/19 | J | | |
| 253. OTHER HOLDINGS (H) | | | | | | | | | |
| 254. Rental Property, Clackamas, OR (Double Cut Mgmt, LLC) | D | Rent | N | W | | | | | |
| 255. Rental Property, Clackamas, OR (Pelican Bay Mgmt, LLC) | D | Rent | J | W | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Christel, David W.** | 07/01/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Rental Property, Portland, OR (MAJ Airport, LLC) | D | Rent | M | W | | | | | |
| 257. Investment Property, Vancouver, WA (Black Silver, LLC) | D | Rent | | | Sold | 12/30/19 | M | E | * |
| 258. Investment Property, Stockton, CA (Topspin Properties) | | None | N | W | | | | | |
| 259. Investment Property, Vancouver, WA (Topspin Properties, LLC) | | None | | | Sold | 08/28/19 | N | E | ** |
| 260. Rental Property, Brooklyn, NY (Kick Point, LLC) | D | Rent | P1 | W | | | | | |
| 261. MAJ Fife, LLC | | None | P1 | W | | | | | |
| 262. Rental Property, Vancouver, WA (Double Green Properties, LLC) | D | Rent | N | W | | | | | |
| 263. MAJ University Place Apartments LLC (Pin High NW, LLC) | | None | O | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Christel, David W.** | 07/01/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VI: Value codes are based upon gross value; although the filer owns only a fractional share of the underlying assets.

* Lindquist Development Co., Inc.

** Invest Lavonne, LLC and Lavonne Group, LLC.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David W. Christel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544